# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN A. PLEACHER, | CASE NO. 1:13-cv-02756-GBC |
| Plaintiff, | |
| v. | (MAGISTRATE JUDGE COHN) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| Defendant. | |
| | Docs. 1, 11, 12, 13, 16, 17 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Karen A. Pleacher disability insurance benefits and supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.


Dated: March 31, 2015

                                                                   s/Gerald B. Cohn
                                                                   GERALD B. COHN
                                                                   UNITED STATES MAGISTRATE JUDGE